IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS; SONIA ASKEW; ROBIN BLAKE; LISA ENGLES; DANIELLE ESTRADA; ANGELA GLASPER; ROBERT HERNANDEZ; DAVID MALLON; TURUSEW WILSON and GEORGE WONG, <br><br>Plaintiffs, <br><br>v. <br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, <br><br>Defendants. | No. C 10-3686 WHA <br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Given that the reason for the stay has not abated, the case management conference set for June 2 is continued to **DECEMBER 8, 2011, AT 11:00 A.M.** The parties shall please inform the Court if the Board reaches a decision before that time.

**IT IS SO ORDERED.**

Dated: May 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE