Jonathan H. Siegel #78143
Latika Malkani #184301
Benjamin J. Siegel #256260
SIEGEL, LEWITTER & MALKANI
1939 Harrison Street, Suite 307
Oakland, California  94612
510-452-5000
510-452-5004 (fax)
jsiegel@sl-employmentlaw.com
lmalkani@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiffs

Michael Lindsay #110845
NIXON PEABODY
Gas Company Tower
555 W. 5th Street, 46th Flr.
Los Angeles, CA  90013
213-629-6100
213-629-6001 (fax)
mlindsay@nixonpeabody.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS; SONIA ASKEW; ROBIN BLAKE; LISA ENGLES; DANIELLE ESTRADA; ANGELA GLASPER; ROBERT HERNANDEZ; DAVID MALLON; TURUSEW WILSON and GEORGE WONG, <br><br>Plaintiffs, <br><br>v. <br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, <br><br>Defendants. | Case No. C-10-03686 WHA <br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR AT LEAST 90 DAYS** ; ORDER <br><br>Date:  April 12, 2012 <br>Time:  11:00 a.m. <br>Ctrm:  9 <br>Judge:  Hon. William H. Alsup |

///

///

1   On November 19, 2010, the Court stayed the prosecution of the instant matter pending the
2   resolution of objections filed by plaintiff National Union of Healthcare Workers (NUHW) at
3   Region 32 of the National Labor Relations Board concerning matters related to the instant
4   complaint.  Those objections were referred to hearing by the Regional Director of Region 32,
5   William A. Baudler, and were heard before National Labor Relations Board Administrative Law
6   Judge Lana H. Parke.  The hearing concluded on April 14, 2011.  Following briefing, ALJ Parke
7   issued a Report and Recommendation recommending that the election results be set aside and a
8   new election held.  On August 10, 2011, the National Labor Relations Board remanded the matter
9   to the Regional Director to conduct a new election.

10   Earlier, NUHW had filed an unfair labor practice charge, 32-CA-025578, (the "Charge")
11  in which it alleged a violation of Section 8(a)(2) of the National Labor Relations Act based at
12  least in part on the conduct which is the subject of this lawsuit.  Region 32 initially held in
13  abeyance its investigation into the Charge, pending the results of the hearing on objections to the
14  election described in the previous paragraph.  With the completion of that matter, Region 32 is
15  now actively investigating the Charge, and has submitted several issues relating to the Charge to
16  the Department of Advice in Washington, D.C.  Further, Region 32 has determined that the
17  Charge serves to block the new election, meaning that until the Charge is resolved no subsequent
18  election may be conducted.

19   Because the matters raised in the Charge relate directly to the matters raised in this
20  lawsuit, the parties hereto agree that the NLRB proceedings to which the Court deferred in its
21  November 19, 2010 Order have not yet been resolved and that, therefore, there has been no
22  change in circumstance in this matter since the Court's Order.

23   At the Case Management Conference on December 11, 2012, the Court set a further Case
24  Management Conference for April 12, 2012, but instructed Counsel for the Parties that if the
25  matters had not been resolved by the NLRB prior to the scheduled date  to file a joint stipulation
26  seeking a continuance of the Case Management Conference for at least 90 days.
27  ///
28  ///

1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE FOR AT LEAST 90 DAYS – Case No. C-10-03686 WHA

13846256.1

Because the matters have not been resolved by the NLRB, the parties, by and through their Counsel of Record hereby stipulate to continue the Case Management Conference, set for April 12, 2012, for a period of at least 90 days to such date and time as the Court may set in its discretion.

IT IS SO STIPULATED.

DATED:  March 27, 2012            SIEGEL, LEWITTER & MALKANI

By:     /s/  Jonathan H. Siegel
        Jonathan H. Siegel
        Latika Malkani
        Benjamin J. Siegel

Attorneys for Plaintiffs

DATED:  March 27, 2012            NIXON PEABODY

By:     /s/  Michael Lindsay
        Michael Lindsay

Attorneys for Defendants

ORDER

The case management conference is CONTINUED to July 12, 2012, at 11:00 a.m.  Please file a joint case management statement by July 5, 2012.

IT IS SO ORDERED.

Dated:  March 29, 2012.

APPROVED
Judge William Alsup

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE FOR AT LEAST 90 DAYS – Case No. C-10-03686 WHA

13846256.1