Jonathan H. Siegel #78143
Latika Malkani #184301
Benjamin J. Siegel #256260
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
510-452-5000
510-452-5004 (fax)
jsiegel@sl-employmentlaw.com
lmalkani@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiffs

Michael Lindsay #110845
NIXON PEABODY
Gas Company Tower
555 W. 5th Street, 46th Flr.
Los Angeles, CA  90013
213-629-6100
213-629-6001 (fax)
mlindsay@nixonpeabody.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS; SONIA ASKEW; ROBIN BLAKE; LISA ENGLES; DANIELLE ESTRADA; ANGELA GLASPER; ROBERT HERNANDEZ; DAVID MALLON; TURUSEW WILSON and GEORGE WONG,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>Defendants. | Case No. C-10-03686 WHA<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR AT LEAST 90 DAYS**  AND ORDER<br><br>Date:   July 12, 2012<br>Time:  11:00 a.m.<br>Ctrm:  9<br>Judge: Hon. William H. Alsup |

///

///

1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
FOR AT LEAST 90 DAYS No. C-10-03686 WHA

*1*    On November 19, 2010, the Court stayed the prosecution of the instant matter pending the
*2* resolution of objections filed by plaintiff National Union of Healthcare Workers (NUHW) at
*3* Region 32 of the National Labor Relations Board concerning matters related to the instant
*4* complaint.  Those objections were referred to hearing by the Regional Director of Region 32,
*5* William A. Baudler, and were heard before National Labor Relations Board Administrative Law
*6* Judge Lana H. Parke.  The hearing concluded on April 14, 2011.  Following briefing, ALJ Parke
*7* issued a Report and Recommendation recommending that the election results be set aside and a
*8* new election held.  On August 10, 2011, the National Labor Relations Board remanded the matter
*9* to the Regional Director to conduct a new election.

*10*   Earlier, NUHW had filed an unfair labor practice charge, 32-CA-025578, (the "Charge")
*11* in which it alleged a violation of Section 8(a)(2) of the National Labor Relations Act based at
*12* least in part on conduct which is the subject of this lawsuit.  Region 32 initially held in abeyance
*13* its investigation into the Charge, pending the results of the hearing on objections to the election
*14* described in the previous paragraph.  With the completion of that matter, Region 32 is now
*15* actively investigating the Charge, and has submitted several issues relating to the Charge to the
*16* Department of Advice in Washington, D.C.  Further, Region 32 has determined that the Charge
*17* serves to block the new election, meaning that until the Charge is resolved no subsequent election
*18* may be conducted.

*19*   Because the matters raised in the Charge relate directly to the matters raised in this
*20* lawsuit, the parties hereto agree that the NLRB proceedings to which the Court deferred in its
*21* November 19, 2010 Order have not yet been resolved and that, therefore, there has been no
*22* change in circumstance in this matter since the Court's Order.

*23*   At the Case Management Conference on December 11, 2012, the Court set a further Case
*24* Management Conference for April 12, 2012, but instructed Counsel for the Parties that if the
*25* matters had not been resolved by the NLRB prior to the scheduled date to file a joint stipulation
*26* seeking a continuance of the Case Management Conference for at least 90 days.  As the NLRB
*27* ad not resolved the matters prior to the scheduled date, the Parties filed a joint stipulation seeking
*28* a continuance which the Court granted.

1  The NLRB has yet to resolve the matters.

2  Thus, because the matters have not been resolved by the NLRB, the Parties, by and
3  through their Counsel of Record hereby stipulate to continue the Case Management Conference,
4  set for July 12, 2012, for a period of at least 90 days to such date and time as the Court may set in
5  its discretion.

6  It is so stipulated.

9  DATED:  June 29, 2012                    SIEGEL & LEWITTER

11                                          By:  /s/ Jonathan H. Siegel
                                                 Jonathan H. Siegel
12                                               Latika Malkani
                                                 Benjamin J. Siegel

                                            Attorneys for Plaintiffs

16  DATED:  June 27, 2012                   NIXON PEABODY

18                                          By:  /s/ Michael Lindsay
                                                 Michael Lindsay

20                                          Attorneys for Defendants

21                                      ORDER

23  The case management conference is continued to October 4, 2012, at 11:00 a.m.

24  Please file a joint case management statement at least seven days prior.

25  Dated: July 10, 2012.

IT IS SO ORDERED
Judge William Alsup