1  Jonathan H. Siegel #78143
   Latika Malkani #184301
2  Benjamin J. Siegel #256260
   SIEGEL & LEWITTER
3  1939 Harrison Street, Suite 307
   Oakland, California 94612
4  510-452-5000
   510-452-5004 (fax)
5  jsiegel@sl-employmentlaw.com
   lmalkani@sl-employmentlaw.com
6  bsiegel@sl-employmentlaw.com

7  Attorneys for Plaintiffs

8  Michael Lindsay #110845
   NIXON PEABODY
9  Gas Company Tower
   555 W. 5th Street, 46th Flr.
10 Los Angeles, CA 90013
   213-629-6100
11 213-629-6001 (fax)
   mlindsay@nixonpeabody.com
12
   Attorneys for Defendants
13

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 NATIONAL UNION OF HEALTHCARE         ) Case No. C-10-03686 WHA
   WORKERS; SONIA ASKEW; ROBIN          )
   BLAKE; LISA ENGLES; DANIELLE         ) **JOINT STIPULATION TO CONTINUE**
18 ESTRADA; ANGELA GLASPER;             ) **CASE MANAGEMENT CONFERENCE**
   ROBERT HERNANDEZ; DAVID MALLON;      ) **FOR AT LEAST 90 DAYS** AND ORDER
19 TURUSEW WILSON and GEORGE WONG,      )
                                        ) Date:  July 12, 2012
20         Plaintiffs,                  ) Time:  11:00 a.m.
                                        ) Ctrm:  9
21         v.                           ) Judge: Hon. William H. Alsup
                                        )
22 KAISER FOUNDATION HEALTH PLAN,       )
   INC.; KAISER FOUNDATION HOSPITALS;   )
23 THE PERMANENTE MEDICAL GROUP,        )
   INC.; SOUTHERN CALIFORNIA            )
24 PERMANENTE MEDICAL GROUP,            )
                                        )
25         Defendants.                  )
                                        )
26

27 ///

28 ///

                                    1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
FOR AT LEAST 90 DAYS No. C-10-03686 WHA

*1*        On November 19, 2010, the Court stayed the prosecution of the instant matter pending the
*2* resolution of objections filed by plaintiff National Union of Healthcare Workers (NUHW) at
*3* Region 32 of the National Labor Relations Board concerning matters related to the instant
*4* complaint.  Those objections were referred to hearing by the Regional Director of Region 32,
*5* William A. Baudler, and were heard before National Labor Relations Board Administrative Law
*6* Judge Lana H. Parke.  The hearing concluded on April 14, 2011.  Following briefing, ALJ Parke
*7* issued a Report and Recommendation recommending that the election results be set aside and a
*8* new election held.  On August 10, 2011, the National Labor Relations Board remanded the matter
*9* to the Regional Director to conduct a new election.

*10*        Earlier, NUHW had filed an unfair labor practice charge, 32-CA-025578, (the "Charge")
*11* in which it alleged a violation of Section 8(a)(2) of the National Labor Relations Act based at
*12* least in part on conduct which is the subject of this lawsuit.  Region 32 initially held in abeyance
*13* its investigation into the Charge, pending the results of the hearing on objections to the election
*14* described in the previous paragraph.  With the completion of that matter, Region 32 is now
*15* actively investigating the Charge, and has submitted several issues relating to the Charge to the
*16* Department of Advice in Washington, D.C.  Further, Region 32 has determined that the Charge
*17* serves to block the new election, meaning that until the Charge is resolved no subsequent election
*18* may be conducted.

*19*        Because the matters raised in the Charge relate directly to the matters raised in this
*20* lawsuit, the parties hereto agree that the NLRB proceedings to which the Court deferred in its
*21* November 19, 2010 Order have not yet been resolved and that, therefore, there has been no
*22* change in circumstance in this matter since the Court's Order.

*23*        At the Case Management Conference on December 11, 2012, the Court set a further Case
*24* Management Conference for April 12, 2012, but instructed Counsel for the Parties that if the
*25* matters had not been resolved by the NLRB prior to the scheduled date to file a joint stipulation
*26* seeking a continuance of the Case Management Conference for at least 90 days.  As the NLRB
*27* ad not resolved the matters prior to the scheduled date, the Parties filed a joint stipulation seeking
*28* a continuance which the Court granted.

The NLRB has yet to resolve the matters.

Thus, because the matters have not been resolved by the NLRB, the Parties, by and through their Counsel of Record hereby stipulate to continue the Case Management Conference, set for July 12, 2012, for a period of at least 90 days to such date and time as the Court may set in its discretion.

It is so stipulated.

DATED: June 29, 2012                SIEGEL & LEWITTER

By:   /s/ Jonathan H. Siegel
       Jonathan H. Siegel
       Latika Malkani
       Benjamin J. Siegel

Attorneys for Plaintiffs

DATED: June 27, 2012                NIXON PEABODY

By:   /s/ Michael Lindsay
       Michael Lindsay

Attorneys for Defendants

ORDER

The case management conference is continued to October 4, 2012, at 11:00 a.m.

Please file a joint case management statement at least seven days prior.

Dated: July 10, 2012.

IT IS SO ORDERED
Judge William Alsup