1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   NATIONAL UNION OF HEALTHCARE
     WORKERS, SONIA ASKEW, ROBIN BLAKE,
11   LISA ENGLES, DANIELLE ESTRADA,                    No. C 10-03686 WHA
     ANGELA GLASPER, ROBERT HERNANDEZ,
12   DAVID MALLON, TURUSEW WILSON, and
     GEORGE WONG,
13
                Plaintiffs,                             **ORDER CONTINUING
14                                                      CASE MANAGEMENT
        v.                                              CONFERENCE**
15
     KAISER FOUNDATION HEALTH PLAN,
16   INC., KAISER FOUNDATION HOSPITALS,
     THE PERMANENTE MEDICAL GROUP,
17   INC., and SOUTHERN CALIFORNIA
     PERMANENTE MEDICAL GROUP,
18
                Defendants.
19   _____/

20

21       The Court CONTINUES the case management conference to DECEMBER 13, 2012, AT

22   11:00 A.M., and requests counsel to agree to a stipulation to dismiss this case without prejudice

23   and reinstating it after the NLRB resolves the matter.  In this way, this file can be closed.

24

25       **IT IS SO ORDERED.**

26

27   Dated:  October 2, 2012.
                                              _____
28                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California