United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   NATIONAL UNION OF HEALTHCARE
     WORKERS, SONIA ASKEW, ROBIN BLAKE,
11   LISA ENGLES, DANIELLE ESTRADA,                   No. C 10-03686 WHA
     ANGELA GLASPER, ROBERT HERNANDEZ,
12   DAVID MALLON, TURUSEW WILSON, and
     GEORGE WONG,
13
                                                      ORDER CONTINUING
             Plaintiffs,                              CASE MANAGEMENT
14                                                    CONFERENCE
       v.
15
     KAISER FOUNDATION HEALTH PLAN,
16   INC., KAISER FOUNDATION HOSPITALS,
     THE PERMANENTE MEDICAL GROUP,
17   INC., and SOUTHERN CALIFORNIA
     PERMANENTE MEDICAL GROUP,
18
             Defendants.
19   _____/

20

21           The Court CONTINUES the case management conference to DECEMBER 13, 2012, AT

22   11:00 A.M., and requests counsel to agree to a stipulation to dismiss this case without prejudice

23   and reinstating it after the NLRB resolves the matter.  In this way, this file can be closed.

24

25           IT IS SO ORDERED.

26

27   Dated:  October 2, 2012.                         _____
                                                      WILLIAM ALSUP
28                                                    UNITED STATES DISTRICT JUDGE