IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS, SONIA ASKEW, ROBIN BLAKE, LISA ENGLES, DANIELLE ESTRADA, ANGELA GLASPER, ROBERT HERNANDEZ, DAVID MALLON, TURUSEW WILSON, and GEORGE WONG,<br><br>    Plaintiffs,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>    Defendant.<br>_____/ | No. C 10-03686 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By order dated November 19, 2010, this action was stayed pending a determination by the NLRB of an unfair labor practice charge filed by the National Union of Healthcare Workers. The parties requested and received several continuances because the Board had yet to resolve the matter. In October 2012, the Court requested that counsel agree to a stipulation to dismiss this case without prejudice and reinstating it after the NLRB resolves the matter (Dkt. No. 36). The parties have now filed a stipulation requesting a further continuance of the case management conference, currently scheduled for December 13, 2012. The stipulation states that on December 4, the Division of Advice posted a Memorandum of Advice on the Board's website. The parties thus request additional time to review the document with their clients in order to effectively

prepare for a case management conference. The case management conference is hereby **CONTINUED TO JANUARY 10, 2012 AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: December 6, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2