United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   NATIONAL UNION OF HEALTHCARE                No. C 10-03686 WHA
     WORKERS, SONIA ASKEW, ROBIN BLAKE,
11   LISA ENGLES, DANIELLE ESTRADA, ANGELA
     GLASPER, ROBERT HERNANDEZ, DAVID
12   MALLON, TURUSEW WILSON, and GEORGE          **ORDER CONTINUING CASE**
     WONG,                                       **MANAGEMENT CONFERENCE**
13
14              Plaintiffs,

15     v.

16   KAISER FOUNDATION HEALTH PLAN, INC.,
     KAISER FOUNDATION HOSPITALS, THE
17   PERMANENTE MEDICAL GROUP, INC., and
     SOUTHERN CALIFORNIA PERMANENTE
18   MEDICAL GROUP,

19              Defendant.
     _____/
20
21          By order dated November 19, 2010, this action was stayed pending a determination by

22   the NLRB of an unfair labor practice charge filed by the National Union of Healthcare Workers.

23   The parties requested and received several continuances because the Board had yet to resolve the

24   matter.  In October 2012, the Court requested that counsel agree to a stipulation to dismiss this

25   case without prejudice and reinstating it after the NLRB resolves the matter (Dkt. No. 36).  The

26   parties have now filed a stipulation requesting a further continuance of the case management

27   conference, currently scheduled for December 13, 2012.  The stipulation states that on December

28   4, the Division of Advice posted a Memorandum of Advice on the Board's website.  The parties

     thus request additional time to review the document with their clients in order to effectively

prepare for a case management conference.  The case management conference is hereby

**CONTINUED TO JANUARY 10, 2012 AT 11:00 A.M.**  A joint case management statement is due at

least seven days prior.


**IT IS SO ORDERED.**


Dated:  December 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE