United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS; SONIA ASKEW; ROBIN BLAKE; LISA ENGLES; DANIELLE ESTRADA; ANGELA GLASPER; ROBERT HERNANDEZ; DAVID MALLON; TURUSEW WILSON and GEORGE WONG,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>Defendants. | No. C 10-03686 WHA<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

The parties have filed a stipulation requesting that the stay, imposed October 28, 2010, be lifted. They further request that a case management conference and briefing schedule be set for defendants' motion to dismiss, originally filed September 15, 2010. The parties represent that the matters pending before the National Labor Relations Board which led to the stay have been resolved.

Based on this representation that the matters before the NLRB have been resolved, the stay is hereby lifted. A case management conference is hereby set for **11:00 A.M. ON JANUARY 17, 2013**. A briefing schedule for the motion to dismiss will be set at that time. The parties should file a joint case management statement no later than one week in advance of the conference.

**IT IS SO ORDERED.**

Dated: January 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE