IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION OF HEALTHCARE WORKERS, et al.,

    Plaintiffs,

    v.

KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,

    Defendants.

No. C 10-03686 WHA

**ORDER REQUIRING ADDITIONAL BRIEFING RE DEFENDANTS' MOTION TO DISMISS**

Defendant has stated that plaintiffs' complaint "is not moot because another election will occur" (Br. at 1). Plaintiffs do not dispute this statement. Neither party, however, has provided any specific information regarding any upcoming election. The parties are **ORDERED** to submit supplemental briefs by **NOON ON MONDAY, MARCH 11** setting out specific facts regarding any such upcoming elections.

**IT IS SO ORDERED.**

Dated: March 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE