IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION OF HEALTHCARE
WORKERS, et al.,

    Plaintiffs,

  v.

KAISER FOUNDATION HEALTH
PLAN, INC., et al.,

    Defendants.
                                     /

No. C 10-03686 WHA

**ORDER REQUIRING
ADDITIONAL BRIEFING AND
RESCHEDULING HEARING**

      The parties are **ORDERED** to submit supplemental briefs by **FRIDAY, MARCH 22 AT NOON** on the issue of primary jurisdiction to resolve union election disputes under Labor Management Relations Act Section 302. In addressing that issue, the parties should consider whether the legislative history of Section 302 and Congressional intent in enacting that section are relevant. The parties have already addressed whether Section 302 creates a private right of action and should not reargue that issue. The hearing set for Thursday, March 21 at 8:00 a.m. is **VACATED** and reset for **THURSDAY, MARCH 28 AT 8:00 A.M.**

      **IT IS SO ORDERED.**

Dated: March 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE