IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION OF HEALTHCARE WORKERS, et. al.,

    Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,

    Defendants.
                            /

No. C 10-03686 WHA

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

At the hearing on plaintiffs' motion for leave to file an amended complaint, set for June 6, arguments will be heard regarding: (1) whether the Board's recent certification of the election renders this complaint moot, and (2) what effect, if any, the results of *NLRB v. New Vista Nursing and Rehabilitation,* 2013 WL 2099742 (3rd Cir. May 16, 2013) and *Noel Canning v. NLRB,* 705 F. 3d 490 (D.C. Cir. 2013), have on this action.

The parties are **REQUESTED** to submit supplemental briefs addressing these questions by **NOON ON TUESDAY, JUNE 4**.

Dated: May 30, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE