IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION OF HEALTHCARE WORKERS, SONIA ASKEW, ROBIN BLAKE, LISA ENGLES, DANIELLE ESTRADA, ANGELA GLASSER, ROBERT HERNANDEZ, DAVID MALLON, TURUSEW WILSON, and GEORGE WONG,

    Plaintiffs,

  v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,

    Defendants.

No. C 10-03686 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

The Court **SETS** a two-hour meet-and-confer starting from **9:30 A.M. AND CONTINUING TO 11:30 A.M. ON WEDNESDAY, DECEMBER 11, 2013**, in the Court's jury room in the San Francisco courthouse. At **11:30 A.M.**, the Court shall hear any remaining unresolved issue(s). SEIU UHW's response is due by noon on December 9. Please buzz chambers at 9:30 a.m. on December 11 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE