IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS, SONIA ASKEW, ROBIN BLAKE, LISA ENGLES, DANIELLE ESTRADA, ANGELA GLASSER, ROBERT HERNANDEZ, DAVID MALLON, TURUSEW WILSON, and GEORGE WONG,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>Defendants. | No. C 10-03686 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

The Court **SETS** a two-hour meet-and-confer starting from **9:30 A.M. AND CONTINUING TO 11:30 A.M. ON WEDNESDAY, DECEMBER 11, 2013**, in the Court's jury room in the San Francisco courthouse. At **11:30 A.M.**, the Court shall hear any remaining unresolved issue(s). SEIU UHW's response is due by noon on December 9. Please buzz chambers at 9:30 a.m. on December 11 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE