IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION OF HEALTHCARE WORKERS, LISA ENGLES, DANIELLE ESTRADA, ANGELA GLASSER, and GEORGE WONG,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,

Defendants.
/

No. C 10-03686 WHA

**ORDER VACATING DATES FOR TRIAL, PRETRIAL CONFERENCE, AND JANUARY 9 HEARING**

As discussed at today's hearing, (1) the trial date set for February 3, 2014, (2) the final pretrial conference date set for January 29, 2014, and (3) the hearing set for January 9, 2014 for defendants' motion for summary judgment, are hereby **VACATED**.

Trial will now begin at **7:30 AM ON MARCH 31, 2014**. The final pretrial conference will be held at **2:00 PM ON MARCH 19, 2014**. In addition, defendants' motion for summary judgment will be heard at **8:00 AM ON JANUARY 23, 2014**. Plaintiffs' opposition to defendants' motion for summary judgment shall be due by **5:00 PM ON JANUARY 6, 2014**, with any replies from defendants due by **5:00 PM ON JANUARY 15, 2014**.

**IT IS SO ORDERED.**

Dated: December 11, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE