**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  NATIONAL UNION OF HEALTHCARE
   WORKERS, LISA ENGLES, DANIELLE
10 ESTRADA, ANGELA GLASSER, and                    No. C 10-03686 WHA
   GEORGE WONG,
11
             Plaintiffs,
12
                                                   **ORDER VACATING
13    v.                                            DATES FOR TRIAL,
                                                    PRETRIAL CONFERENCE,
14 KAISER FOUNDATION HEALTH                         AND JANUARY 9 HEARING**
   PLAN, INC., KAISER FOUNDATION
15 HOSPITALS, THE PERMANENTE
   MEDICAL GROUP, INC., and
16 SOUTHERN CALIFORNIA
   PERMANENTE MEDICAL GROUP,
17
             Defendants.
18 ─────────────────────────────────/

19        As discussed at today's hearing, (1) the trial date set for February 3, 2014, (2) the final

20 pretrial conference date set for January 29, 2014, and (3) the hearing set for January 9, 2014 for

21 defendants' motion for summary judgment, are hereby **VACATED**.

22        Trial will now begin at **7:30 AM ON MARCH 31, 2014**.  The final pretrial conference will

23 be held at **2:00 PM ON MARCH 19, 2014**.  In addition, defendants' motion for summary

24 judgment will be heard at **8:00 AM ON JANUARY 23, 2014**.  Plaintiffs' opposition to defendants'

25 motion for summary judgment shall be due by **5:00 PM ON JANUARY 6, 2014**, with any replies

26 from defendants due by **5:00 PM ON JANUARY 15, 2014**.

27        **IT IS SO ORDERED.**

28 Dated:  December 11, 2013.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE