IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION OF HEALTHCARE WORKERS; SONIA ASKEW; ROBIN BLAKE; LISA ENGLES; DANIELLE ESTRADA; ANGELA GLASPER; ROBERT HERNANDEZ; DAVID MALLON; TURUSEW WILSON and GEORGE WONG,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>Defendants. | No. C 10-03686 WHA<br><br>**ORDER RE DEADLINE FOR FINAL PRETRIAL CONFERENCE SUBMISSIONS** |

The Court understands that the final pretrial conference will still proceed at **2 PM ON MARCH 19**, and that trial will begin at **7:30 AM ON MARCH 31**, absent a proper settlement filed by the parties. Although counsel should file their final pretrial conference submissions today, that deadline is now extended to **5 PM ON MARCH 13**.

To avoid any misunderstanding with respect to the final pretrial conference and trial, the undersigned judge wishes to emphasize that all filings and appearances must be made — on pain of dismissal, default, or other sanction — unless and until a dismissal fully resolving the case is received. It will not be enough to inform the Clerk that a settlement in principle has been

reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case.  Please consult the existing case management order and follow all standing guidelines and orders of the undersigned judge for civil cases on the Court's website at http://www.canduscourts.gov.

**IT IS SO ORDERED.**

Dated:  March 12, 2014. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE